UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MICHAEL N. BROWN (#128161)

VERSUS

CORNEL H. HUBERT, ET AL

CIVIL ACTION

NUMBER 08-219-FJP-SCR

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which no objection was filed:

IT IS ORDERED that the defendants' motion to dismiss shall be granted in part dismissing the plaintiff's claims against Warden Cornel Hubert.

IT IS FURTHER ORDERED that the Court declines to exercise supplemental jurisdiction over any state law claim against defendant Warden Hubert. In all other respects, the defendants' motion to dismiss shall be DENIED.

Baton Rouge, Louisiana, ~~September~~ Oct 2, 2008.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#45437