UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MICHAEL N. BROWN (#128161)

VERSUS                                          CIVIL ACTION

CORNEL H. HUBERT, ET AL                         NUMBER 08-219-FJP-SCR

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which an objection was filed:

IT IS ORDERED that the plaintiff's motion for summary judgment shall be denied, that the defendants' motion for summary judgment shall be granted, and this action shall be dismissed.[1]

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, January 15, 2009.

_____
FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. Nos. 29 and 30.

Doc#45735