UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MICHAEL N. BROWN (#128161)

VERSUS                                              CIVIL ACTION

CORNEL H. HUBERT, ET AL                             NUMBER 08-219-FJP-SCR

## J U D G M E N T

For the written reasons assigned:

IT IS ORDERED AND ADJUDGED that judgment shall be entered, denying the plaintiff's motion for summary judgment, granting the defendants' motion for summary judgment, and dismissing this action.

Baton Rouge, Louisiana, January 15, 2009.

*[signature]*

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#45735